AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| United States of America | **FILED** |
| v. | Mar 14, 2025 |
| | CLERK, U.S. DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

**SEALED**

United States of America
v.

Christian Banuelos

_____
        *Defendant(s)*

Case No.   1:25-mj-00024-SAB

)
)
)
)
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 2022 and August 2024___ in the county of ___Merced___ in the ___Eastern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) and (e) | Sexual Exploitation of a Minor and Attempt<br>[Up to 30 years of imprisonment, with mandatory minimum of 15 years; $250,000 fine; lifetime term of supervised release, with mandatory minimum of 5 years; and $100 special assessment] |
| 18 USC § 2252(a)(2) | Receipt and Distribution of Material Involving the Sexual Exploitation of a Minor<br>[Up to 20 years of imprisonment, with mandatory minimum of 5 years; $250,000 fine; lifetime term of supervised release, with mandatory minimum of 5 years; and $100 special assessment] |
| 18 USC § 2252(a)(4)(B) | Possession of Material Involving the Sexual Exploitation of a Minor<br>[Up to 20 years of imprisonment; $250,000 fine; lifetime term of supervised release, with mandatory minimum of 5 years; and $100 special assessment] |

This criminal complaint is based on these facts:

See attached affidavit of HSI SA Jonathan Chang, attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Chang, HSI Special Agent
_____
*Printed name and title*

Sworn to before me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1.

Date:  **Mar 13, 2025**
_____
                                        *Judge's signature*

City and state:        Fresno, California                Hon. Stanley A. Boone, U.S. Magistrate Judge
                                                                          *Printed name and title*

MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | AFFIDAVIT OF JONATHAN CHANG IN SUPPORT OF CRIMINAL COMPLAINT |
| v. | |
| CHRISTIAN BANUELOS, | |
| Defendant. | |

I, Jonathan Chang, being first duly sworn, depose and state as follows:

## I.    **INTRODUCTION**

1.      This affidavit is in support of a criminal complaint and issuance of an arrest warrant for

**Christian BANUELOS** (hereinafter referred to as **BANUELOS**) for violations of 18 U.S.C. §§ 2251(a)

and (e) (sexual exploitation of a minor and attempt), 2252(a)(2) (receipt and distribution of material

involving the sexual exploitation of a minor), and 2252(a)(4)(B) (possession of material involving the

sexual exploitation of a minor). Based on my training and experience and the facts set forth in this

affidavit, there is probable cause to believe that within the approximate time frame of July 2022 to

November 2023, within the Eastern District of California, **BANUELOS** used, persuaded, induced, or

enticed a minor to engage in sexually explicit conduct, as defined in § 2256, for the purposes of

producing a visual depiction of such conduct, in violation of § 2251(a) and (e). There is also probable

cause to believe that on or about July 5, 2024, within the Eastern District of California, **BANUELOS** received and distributed material depicting minors engaged in sexually explicit conduct, as defined in § 2256, and in violation of § 2252(a)(2). Further, there is probable cause to believe that on or about August 22, 2024, within the Eastern District of California, **BANUELOS** possessed material depicting minors engaged in sexually explicit conduct in violation of § 2252(a)(4)(B).

2.      The information contained in this affidavit is based upon my personal knowledge of the investigation, my training and experience, and information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for a criminal complaint and issuance of an arrest warrant, every detail of the investigation has not been included herein.

## II.        AGENT'S BACKGROUND AND EXPERTISE

3.      I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge in Fresno, California ("HSI Fresno"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have been employed as an HSI Special Agent ("SA") since February 2022. Since becoming an HSI SA, I have worked cases in a variety of areas. My experience includes investigating human smuggling, narcotics smuggling and distribution, and a variety of other federal crimes. In addition, during my time as an HSI SA, I have also conducted and participated in federal investigations involving child exploitation. I have also participated in numerous State-level investigations and operations involving the same. Prior to my tenure as an HSI SA, I was a United States Customs and Border Protection Officer ("CBPO") at the San Ysidro Port of Entry, Southern Border for 6 years. My responsibilities as a CBPO consisted of enforcing immigration and customs laws, interviewing travelers to determine admissibility, and a variety of CBP related duties. Additionally, I received my Bachelor's Degree in Child Development at California State University Fresno and am currently pursuing a Master's Degree in Digital Forensics at Champlain University.

4.      In July 2023, I attended the Federal Law Enforcement Training Center ("FLETC") training, which is an approximately fifteen-week course that provides training in a multitude of programmatic areas, including but not limited to, narcotics investigations, crimes against children, cyber

investigation, and immigration related fields.

5.      As part of my duties as an HSI SA, I investigate criminal violations relating to the sexual exploitation of children and the illegal production, distribution, receipt, and possession of material involving depictions of minors engaged in sexually explicit conduct. As part of my duties, I have observed and reviewed numerous examples of depictions of minors engaging in sexually explicit conduct, as defined in § 2256, in all forms of media, including computer media.

## III.    **DEFINITIONS**

6.      The following definitions apply to this affidavit:

a)      The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

b)      The term "sexually explicit conduct," as used in 18 U.S.C. § 2256(2)(A), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

c)      The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disk or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

d)      The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

e)      "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires

an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the Internet service provider assigns a different unique number to a computer every time it accesses the Internet.  IP addresses might also be static if an Internet service provider assigns a user's computer a particular IP address each time the computer accesses the Internet.

## IV.    STATEMENT OF PROBABLE CAUSE

**CyberTip Sent by MediaLab/Kik to NCMEC**

7.    In June 2024, the Los Banos Police Department ("LBPD") initiated an investigation into a CyberTip submitted by "Medialab/Kik" to the National Center for Missing and Exploited Children ("NCMEC"). Based upon my training, experience, knowledge, and conversations with other experienced law enforcement officers, a CyberTip is often a report made by an electronic service provider about suspected material depicting child sexual exploitation that appears on the electronic service provider's platform. NCMEC received the CyberTip submitted by "MediaLab/Kik" on June 27, 2024. MediaLab is the holding company for Kik Messenger ("Kik"), which is a free instant messaging mobile application.

8.    The CyberTip from MediaLab/Kik indicated that a Kik user uploaded suspected child pornography to Kik between approximately June 9, 2024, and June 16, 2024.  Specifically, MediaLab/Kik reported that a Kik user account with screen/username "chrisban18" sent forty-seven (47) video files to "another Kik user via private chat messages," on dates ranging from June 9, 2024, to June 16, 2024. The CyberTip included internet protocol ("IP") addresses from June 16, 2024, through June 25, 2024, for the Kik user account "chrisban18." In the CyberTip, MediaLab/Kik also indicated that the "chrisban18" account had an associated verified email address of chris-8310@hotmail.com. Based upon my training, experience, knowledge, and conversations with other experienced law enforcement officers, verified email accounts require the user to provide additional information or take additional steps to confirm they are the owner of the email account; some verification processes require additional personal information such as a cellphone number or alternate email address. The CyberTip also indicated that the "chrisban18" account had a display name of "C B," and an "ESP User ID" of "chrisban18_4e4." Based on my knowledge, training, and experience, ESP likely stands for electronic service provider, and "ESP User ID" is a username created by the Electronic Service Provider, which is Kik in this instance.

9.      I reviewed the video files MediaLab/Kik provided and reported had been uploaded by "chrisban18." The following is a description of three (3) of the forty-seven (47) video files:

a)      **One file contained an approximately 1 minute and 10 second video.**

The video started with a person filming what appeared to be, based on my training and experience and the lack of body development, an approximately 5 to 8-year-old female sitting atop a closed toilet bowl lid. The minor female exhibited a youthful face, slender build with no visible muscle development, and no visible breast development. The person filming approached the minor female, and the camera view panned down towards the waist of the person filming, while keeping the minor female's face in the camera frame. The minor female looked at the recording device and expressed a sad/neutral facial expression. The person holding the recording device then pulled down his shorts and inserted what appeared to be, based on my training and experience, an adult male penis into the minor female's mouth.

b)      **Another file contained an approximately 13 second video.**

The video started with a person filming what appeared to be, based on my training and experience and the lack of body development, an approximately 4 to 7-year-old female. The minor female exhibited a youthful face and was laying on her back on a bed. The minor female's upper chest and face were being filmed, and the camera's focal point was on the minor female's face. The minor female had small teeth and a thin body. The minor female stared at the camera with a neutral look on her face. The minor exhibited no visible breast development. As the video continued, it depicted what appeared to be an adult male straddling the minor female's body, as the adult male placed his erect penis inches away from the minor's face. The adult male recorded himself masturbating his own penis while straddling the minor female's body. The minor female was positioned to open her mouth while staring at the recording device. The adult male then ejaculated onto the minor female's face. The minor female winced as ejaculate hit her face and right eye.

c)      **Another file contained an approximately 34 second video.**

The video started with the recording device on the floor pointed towards what appeared to be, based on my training and experience and the lack of body development, an approximately 5 to 8-year-old female sitting on a carpeted floor with her legs spread apart and her back resting against a couch.

The minor female exhibited a lack of muscle tone and breast development. The video then showed what appeared to be a nude adult male with an erect penis straddling the minor female, inches away from her face. The adult male then proceeded to repeatedly insert his erect penis into the minor female's mouth.

10.    Based on my knowledge, training, and experience, and conversations with other experienced law enforcement officers, the video files described above constituted visual depictions of minors engaged in sexually explicit conduct, as defined in § 2256.

**Kik Search Warrant Return and Identification of Christian Banuelos**

11.    On August 22, 2024, pursuant to a state search warrant, MediaLab/Kik provided law enforcement with information related to the "chrisban18"/"chrisban18_4e4" Kik user account. The search warrant returns showed that the account was created on January 18, 2013. In the returns, there were also approximately one-hundred and forty (140) videos from the "chrisban18" account. I and other law enforcement officers reviewed each video and determined, based on our training and experience and the depictions contained therein, that each video contained a depiction of a minor engaged in sexually explicit conduct. Specifically, one video was approximately one minute and 43 seconds long and depicted what appeared to be, based on my training and experience and the lack of body development, an approximately 5 to 8-year-old female being orally and vaginally penetrated by an adult male penis. Approximately sixteen (16) of the video files provided by MediaLab/Kik pursuant to the search warrant matched by filename the videos provided by MediaLab/Kik as part of the previously described CyberTip.

12.    The search warrant returns from MediaLab/Kik also included over five hundred messages sent by "chrisban18" to other Kik users. Within those messages, sent between approximately April 2024 and August 2024, there were fourteen (14) of the sixteen (16) video files sent by "chrisban18" that matched to the CyberTip from MediaLab/Kik. The messages included requests to and from "chrisban18" to send or trade videos of children. Specifically, in one message from on or about July 4, 2024, another Kik user asked "chrisban18" if they were willing to trade videos, and "chrisban18" responded, "Sure, you have any under like 14." Further, in messages sent on or about July 5, 2024, "chrisban18" asked another Kik user, "Do you think you'd like to video chat with a younger girl and see her naked while she watches you stroke your cock and cum?"  The "chrisban18" user also stated, "I

have a girl that does vid calls shes 13 if you're interested," and "She takes cashapp payments."

13. Pursuant to the search warrant, MediaLab/Kik also provided the IP address 98.252.87.64 as the IP address utilized by "chrisban18" at dates and times at or near when the video files were uploaded to Kik as reported in the CyberTip. The returns provided information for the device used to access the "chrisban18" account as a Samsung Android with model number SM-S908U. Based on my knowledge, training, and experience, and conversation with other experienced law enforcement officers, I know the SM-S908U model number is associated with a Samsung Galaxy S22 Ultra cellphone.

14. An LBPD detective reviewed the search warrant return from MediaLab/Kik, and due to the high quality of the videos, feared for the potential that they had been recently produced and that "chrisban18" may have been involved in the production of the videos. It was then determined that the IP address 98.252.87.64 was owned by Comcast. The detective contacted Comcast and requested an exigent disclosure of the subscriber information for IP address 98.252.87.64. Comcast provided the following subscriber information:

a) Christian Banuelos

b) 2252 Savona Street

c) (209) 403-2463

d) Connection Type: Home

The address 2252 Savona Street is located in Los Banos, California, in Merced County, in the Eastern District of California.

15. A search of law enforcement databases for the (209) 403-2463 phone number showed the number was associated with "Christian Banuelos" as of June 5, 2023, with an address of 124 S Patrick Road, Stockton, California, as of May 6, 2024. Stockton, California, is located in San Joaquin County in the Eastern District of California. Law enforcement obtained records from the Department of Motor Vehicles ("DMV") using the name "Christian Banuelos," which revealed a "Christian V. Banuelos" (hereinfter referred to as "**BANUELOS**") resided at the 124 S Patrick Road address as of August 9, 2023. Based off Human Resources records provided by BANUELOS' employer, it was noted that 124 S Patrick Road was listed as an address for his father.

16. A criminal history check for **BANUELOS** revealed he had been processed or

fingerprinted for employment at several school districts, including Los Banos Unified, as of May 21, 2020. An online search related to the Los Banos Unified School District revealed a Christian Banuelos as an English teacher at Los Banos Junior High School, which is located in Los Banos, CA, Merced County, Eastern District of California. The listing included a picture of the English teacher Christian Banuelos, which appeared to match the individual depicted in the DMV photograph of **BANUELOS**. Through law enforcement databases and the staff listing provided by Los Banos Unified School District, it was determined that **BANUELOS** had been employed with the Los Banos Unified School District since August 2020.

17.    On August 22, 2024, law enforcement conducted surveillance at the Los Banos Junior High School and observed **BANUELOS** exiting a classroom and leaving the school in a vehicle. Law enforcement identified **BANUELOS** based on comparing the individual seen during the surveillance with the DMV photograph. After observing **BANUELOS** leave the school in a vehicle, law enforcement conducted a traffic stop. **BANUELOS** was then taken into custody for violations of California Penal Code. **BANUELOS** was the sole occupant of the vehicle at the time of his arrest.

18.    In **BANUELOS'** vehicle, law enforcement located a cellphone in the center console. The cellphone was a Samsung Galaxy S22 Ultra that was manufactured in Vietnam, based on an inscription located on the cellphone. The Samsung Galaxy S22 Ultra was seized as evidence.

19.    Law enforcement obtained a state search warrant for **BANUELOS'** residence at 2252 Savona Street, as well as electronics and cellphones under the control or possession of **BANUELOS**.

**Review of the Samsung Galaxy S22 Ultra Cellphone**

20.    On August 23, 2024, the Samsung Galaxy S22 Ultra recovered from **BANUELOS'** vehicle was forensically examined. A review of the images stored on the phone revealed several selfie style photographs, to include an image which is a selfie style photograph of **BANUELOS**, while standing in the living room of 2252 Savona Street, Los Banos, California. The photograph was dated July 24, 2024. It was determined the photograph depicted the living room at that address based on law enforcement's observation of the living room of the residence during the search warrant execution.

21.    The forensic examination of the Samsung Galaxy S22 Ultra also revealed that there were approximately 364 videos and 385 images of what appeared to depict minors engaging in sexually

explicit conduct, based on my training and experience. The metadata associated with the images and videos showed they were downloaded to the Samsung Galaxy S22 Ultra on dates ranging from approximately December 2019 to July 2024. The following is a description of two (2) of the videos found on the Samsung Galaxy S22 Ultra:

        **a)**     **One file contained an approximately 23 second video.**

The video depicted what appeared to be, based on my training and experience and the lack of breast development, an approximately 6 to 9-year-old minor female positioned on all fours with both hands and knees on a bed. The camera panned in front of the minor female and a mouth ball gag, secured to the minor female's face with a strap going around her head. The camera then pointed to the front of the minor female's body and panned down to expose her bare chest. The minor female can be seen wearing a choke collar with a pentagram pendant attached. Further, the female minor had black cross stickers covering her nipples. The camera then panned towards her buttocks showing an anal plug in her anus. Based on my training and experience, as well as conversation had with other law enforcement officers, an anal plug is a sexually driven device, utilized specifically for anal penetration.

        **b)**  **Another file contained an approximately 60 second video.**

The video depicted what appeared to be, based on my training and experience and the lack of breast development, an approximately 6 to 9-year-old minor female lying on her back on top of a bed. The camera showed the minor female's legs were bent to her chest, and her arms were affixed underneath her legs. There were hand and feet restraints configured in an "x" shape, appearing to prevent the female minor from moving. The minor female was wearing black underwear with the underwear pulled to the side exposing her genitalia. An adult erect penis can be seen repeatedly penetrating the minor female's genitalia throughout the video.

        22.     Further review of the Samsung Galaxy S22 Ultra revealed the phone number associated with the phone was (209) 403-2463. That is the same phone number that was provided in the subscriber information from Comcast related to the IP address used by "chrisban18" to upload the previously described videos to Kik. The email chris-8310@hotmail.com—the same email from the Cybertip—was also located on the cellphone.

        23.     Further review of the Samsung Galaxy S22 Ultra revealed thousands of messages

wherein the user of the Samsung Galaxy S22 Ultra, believed to be **BANUELOS**' based on the cellphone being recovered from his vehicle and the subscriber information associated with the cellphone number, communicated with unknown users utilizing the Kik messaging application and from the "chrisban18" account. Below is a portion of messages exchanged between "chrisban18" and "eliasisonhere" on Kik on or about July 5, 2024:

| Username | Kik Conversation between "chrisban18" and "eliasisonhere" |
|---|---|
| **eliasisonhere:** | Hey |
| **eliasisonhere:** | Trade? |
| **eliasisonhere:** | *File Sent* files\Image\9e37a9b4-d398-44f1-9523-1fa672447f9a.jpg<br><br>*The file is an image depicting what appeared to be, based upon my knowledge, training, and experience, an approximately 7 to 9-year-old male. The minor male was wearing only underwear. The minor male was outside laying on a green paddle board in what appeared to be in a lake or ocean. The minor male's head was turned to the right, planted on the paddle board, and eyes looking at the camera.* |
| **eliasisonhere:** | Trade Taboo? |
| **chrisban18:** | Yes send and I'll match<br><br>Under 14 |
| **eliasisonhere:** | *File Sent*<br>chats\KikMessenger_chrisban18_4e4@talk.kik.com\attachments1\06fbe963-5b95-4eff-805e-b6a80026102d.0<br><br>*The file is an approximately 58 second video showing what appeared to be, based upon my knowledge, training, and experience, an approximately 6- to 8-year-old male. The minor male had a youthful face. He had a lack of hair development around his genital area. The video began depicting the minor male sitting on a bed, fully nude, with his back propped upright with a pillow and the headboard.* |

|  | *The minor male depicted stroking his penis throughout the video.* |
|---|---|
| **eliasisonhere:** | *File Sent* |
|  | files\Video\13524b53-d1c0-47a7-9d30-056030bfe018.0 |
|  | *The video depicted what appeared to be, based upon my knowledge, training, and experience and the lack of body development, an approximately 10 to 13-year-old female laying down on her side wearing a tank top and underwear. The minor female had a youthful face. The video began with the minor female in between what appeared to be an adult male's legs based on the amount of hair growth on the legs. The minor female was seen holding the adult male's erect penis with her hand and touching the penis with her tongue. The erect penis was then inserted into the minor female's mouth.* |

The conversation continued with "eliasisonhere" sending "chrisban18" two more videos that, similarly, based on my training and experience, depicted minors engaged in sexually explicit conduct. In response, "chrisban18" sent a video depicting a minor engaged in sexually explicit conduct as described below.

| **chrisban18:** | *File Sent* |
|---|---|
|  | files\Video\b1ab2a76-3135-45ac-8832-42dc85240f8a.0 |
|  | *The file is a 52 second video depicting what appeared to be, based upon my knowledge, training, and experience, an approximately 14- to 17-year-old female based off the development of the breasts. The video began with the minor female positioned on her knees in an upright position. She placed what appeared to be a pink object into her genitalia with her right hand.* |

After sending the above-described video, "chrisban18" sent three images that, based on my training and experience, depicted minors engaged in sexually explicit conduct. The conversation between "chrisban18" and "eliasisonhere" then continued as follows:

11

| | |
|---|---|
| **eliasisonhere:** | You're up |
| **chrisban18:** | I know they are sending |
| **eliasisonhere:** | Nice |
| **eliasisonhere:** | Slow connection? |
| **eliasisonhere:** | Still sending? |
| **chrisban18:** | Yeah still sending, kik sometimes doesnt fully send them for some reason |
| **eliasisonhere:** | Any boys? |
| **chrisban18:** | I might have a few |
| **eliasisonhere:** | Send me cause I don't really like girls xD |

At this point in the conversation, "eliasisonhere" sent "chrisban18" two videos. Both videos were sexually explicit and one of the videos depicted, based on my training and experience, a minor engaged in sexually explicit conduct. The conversation between "chrisban18" and "eliasisonhere" then continued with "chrisban18" sending the following video:

| | |
|---|---|
| **chrisban18:** | *File Sent* |
| | files\Video\8f1a89f5-2636-4381-aed2-0509b63dd550.0 |
| | *The file is a 63 second video depicting what appeared to be, based upon my knowledge, training, and experience and the lack of body development, an approximately 7- to 9-year-old male vaginally penetrating what appeared to be an adult female with his penis. The video begins with the minor male in between the adult female's legs, with the minor male's erect penis penetrating the adult female's vagina.* |

After sending the above-described video, "chrisban18" sent two more videos and two images that, based on my training and experience, depicted minors engaged in sexually explicit conduct. In response,

12

"eliasisonhere" sent two videos that were both sexually explicit. One of the videos depicted, based on my training and experience, a minor engaged in sexually explicit conduct. The conversation between "chrisban18" and "eliasisonhere" then continued with "eliasisonhere" sending another video and "chrisban18" asking, "Can you send me girl vids?"

**Minor Victim 1 ("MV1")**

24.    Further review of the Samsung Galaxy S22 Ultra cellphone revealed several conversations between "Chris Banuelos" and other individuals on Google Hangouts. Based on my knowledge, training, and experience, Google Hangouts is a Google-based application primarily utilized for video calls.  One conversation occurred between approximately July 2022 and September 2022, and included "Chris Banuelos"  stating, "Wyd cutie," and "You able to call in a bit."  Based on my knowledge, training, and experience, "Wyd" likely stands for "what are you doing."  The conversation was with another user that law enforcement was able to identify based on an administrative subpoena served to Google and other law enforcement database checks. The individual's identity is known to law enforcement. Law enforcement interviewed the individual, who is now seventeen years old, and she stated she was fifteen years old at the time of this conversation with "Chris Banuelos" between July 2022 and September 2022. She resided outside of California at the time of this conversation with "Chris Banuelos" on Google Hangouts. This individual will be referred to herein as Minor Victim 1 or "MV1."

25.    On the Samsung Galaxy S22 Ultra, law enforcement discovered a folder labeled with MV1's name. The folder contained approximately thirty-six (36) images and nine (9) videos of MV1. Metadata associated with the images and videos of MV1 reflected dates between on or about July 2022 and November 2023. MV1 was identified from the images and videos after comparing images from other social media platforms of MV1 with the videos and images found in the folder on the Samsung Galaxy S22 Ultra cellphone labeled with MV1's name. The following are descriptions of several of the images and videos found in the folder labeled with MV1's name on the Samsung Galaxy S22 Ultra cellphone:

a) **Image file** *Snapchat-449646084.jpg*:

The image depicted MV1 laying down on her back with her knees tucked inward towards her stomach. The image showed MV1's bare and exposed buttocks, anus, and genitalia. The focus of the image was on MV1's genitalia area, and her face can be partially seen at the top of the photo with her

right arm raised up over her head. The metadata associated with this image shows that it was modified on November 15, 2023. Based on my training and experience, the modified date could display the date it was added to the device, but not necessarily the date of creation.

b) **Video file *Screen_Recording_20220708-160430_Gmail.mp4*:**

The 9 minute and 46 second video appeared to be a screen recording of a video chat that occurred on Google Hangouts, based on my knowledge of the platform. On the screen, MV1's username was visible at the top left of the video. MV1 was visible in the screen recording and appeared to have her video turned on during the video chat. At the bottom right of the video, there appeared to be a location where chat messages could be exchanged. The chat window displayed a "C" inside a green bubble. Based on my knowledge, training, and experience, the "C" inside the green bubble means the other user, believed to be **BANUELOS**, had their camera turned off because there was no video being transmitted from "C." Based on my knowledge of Google Hangouts, I know the application automatically utilizes the first letter of the first name or username, depending on what subscriber information is provided to the service provider. In this case, the first letter of the name or username was "C," consistent with **BANUELOS**' first name.

The screen recording depicted MV1 laying down on a bed, on her back, with no clothes. MV1 had black headphone cords running from her ears down and over her left inner thigh. The headphone cords appeared to be connected to another device. The screen recording began with MV1 rubbing her genital area. MV1 said, "Babe, do you want me to go in and out, or do you just want me to rub my clit?" Subsequently thereafter, an icon with three vertical bars that, based upon my knowledge, training, and experience, may increase or decrease in height to indicate active audio input or playback, appeared in the chat window. Based upon my knowledge, training and experience, the presence of the audio icon indicated there was audio being transmitted from the "C" user account to MV1. MV1 then proceeded to penetrate her genitalia with two fingers from her right hand.

At approximately 1 minute and 17 seconds into the screen recording, MV1 spread her genitalia open with both fingers. MV1 said, "I'm only 15 and you're calling me hot. That's nuts. Hey can you promise to not block me. Yesterday I was talking to a 19-year-old . . .and . . .and then . . .like in the middle of the night he was like you should send me nudes and I said no and then he blocked me." At approximately 2 minutes and 18 seconds, MV1 grabbed the other device and appeared to focus it on her face and breast

14

area. At approximately 2 minutes and 57 seconds, MV1 grabbed her right breast with her left hand, pushed it up towards her face, and licked it with her tongue. At approximately 3 minutes and 19 seconds, MV1 said "what," and the above-described audio icon became visible again. MV1 then proceeded to grab a yellow hairbrush with her right hand. MV1 placed the other device down and appeared to focus it on her genitalia area. MV1 then inserted the yellow hairbrush handle into her genitalia. At approximately 4 minutes and 20 seconds, MV1 took the hairbrush handle out of her genitalia and inserted it into her mouth. MV1 grabbed the other device with her left hand with it focused on her face. MV1 continued to insert the hairbrush handle in and out of her mouth. At approximately 5 minutes and 4 seconds, MV1 said, "uhh which hole though . . . umm umm ,. . . ." The audio icon became visible again.  MV1 then shook her side to side and stated, "I can't and it bleeds afterwards. Pay me." MV1 then inserted the tip of the hairbrush into her mouth and licked it.

At approximately 6 minutes, MV1 picked up what appeared to be a video game console and turned it on. She then talked about Pokémon. At approximately 6 minutes and 50 seconds, MV1 repositioned the other device and focused it towards the headboard of the bed. The screen recording then depicted MV1 turned around with her face towards the headboard of her bed and positioned herself on all fours with her hands and knees supporting herself from underneath. The recording device appeared to be focused on her genitalia and anus. At approximately 7 minutes and 19 seconds, the audio icon on the chat window appeared again. MV1 then grabbed the yellow hairbrush and inserted the handle into her genitalia. At approximately 8 minutes and 40 seconds, MV1 positioned herself sitting upright facing the recording device and inserted the hairbrush handle into her mouth. MV1 grabbed the recording device and positioned herself onto her right side with her right arm supporting her. MV1 said, "Tomorrow's my birthday so tomorrow can you show me your dick and stuff. . .Your dick. Yay. Tomorrow's my birthday, so I need a birthday present from you because you're my boyfriend." The  audio icon then became visible again. MV1 then sat up in an upright position and said, "what. . .I'll see ya later. Check me." MV1 then lifted her right hand towards the recording device and gave a thumbs up. The metadata associated with this video showed that it was modified on July 8, 2022.

c) **Video file *Screen_Recording_2023103_070844_Snapchat.mp4*:**

The 1 minute and 17 second video appeared to be a screen recording of an individual believed to

be **BANUELOS**, based on comparison with his California State issued driver's license, video chatting with MV1. **BANUELOS** was visible in a small video window in the bottom left corner that overlapped MV1's screen. **BANUELOS** was nude from waist down. **BANUELOS** was sitting down and continually stroked his erect penis with his right hand throughout the video. MV1's face was seen in her video screen as she watched **BANUELOS** continually masturbate.

26.    As part of this investigation, MV1 was interviewed by law enforcement. During the interview, MV1 verified her identity and usernames from various images and videos found on the Samsung Galaxy S22 Ultra to include video "*Screen_Recording_20220708-160430_Gmail.mp4,*" previously described. MV1 recalled speaking to a male individual online after the forensic interviewer described the shirt MV1 was wearing in one of the videos. When asked about the things **BANUELOS** would ask MV1 to do, MV1 stated the male individual would ask her to undress and touch herself inappropriately with her fingers or "see if you can find something that looks like a dildo." MV1 stated she used a hairbrush on one occasion. MV1 stated that the male individual directed MV1 to insert the handle of the hairbrush inside of her vagina and use the top of the hairbrush for her clitoris. MV1 recalled the male individual asking her to insert the hairbrush handle in her anus, but she refused to do so. MV1 stated she met the male individual in Google Hangouts group chat where he initially claimed to be 18 years of age. MV1 also recalled watching the male individual masturbate on a video call.

**Review of a Samsung Galaxy S7**

27.    During the execution of the search warrant at the 2252 Savona Street residence, law enforcement located and seized a Samsung Galaxy S7. Based on an inscription on the Samsung Galaxy S7, the cellphone was manufactured in South Korea. Upon review of the phone, law enforcement located several selfie style photographs of **BANUELOS**. The phone number associated with the phone was 209-403-2463.

28.    Review of the Samsung Galaxy S7 revealed two (2) images that, based upon my knowledge, training, and experience, and the depictions contained there, appeared to depict minors engaged in sexually explicit conduct. The two images depicted an individual known to law enforcement and who is now an adult. Law enforcement was able to identify the individual through a review of law enforcement databases, the individual's social media, and open-source databases. The individual will be

referred to herein as Victim 2 or V2.

**Victim 2 (V2)**

29.     One image of V2 was focused on V2's exposed genitalia. There was no visible hair around the genitalia. Metadata associated with the two images of V2 reflected dates between January 9, 2018, to March 8, 2019. At the time of the creation of the images, V2 would have been fourteen (14) and then fifteen (15) years old.

30.     Review of messages located on the Samsung Galaxy S7, revealed conversations between V2 and **BANUELOS** that occurred from December 2017 to June 2019. Law enforcement determined that V2 was the one conversing in the messages based on law enforcement database checks, social media, and open-source databases. Additionally, we have strong reason to believe that **BANUELOS** is involved in the conversation, as there is a photo of **BANUELOS** that was sent to V2 in the messages. Further, V2 was a saved contact on both the Samsung Galaxy S7 recovered from his residence and the S22 recovered from his vehicle. The messages were exchanged utilizing both Skype and Native Messages. The following are some of the messages exchanged between V2 and **BANUELOS**:

| From: V2<br>Timestamp: 12/24/2017 2:34:31 AM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>If it's after 10 then no because I get grounded if my phone is in my |
|---|---|
| From: V2<br>Timestamp: 12/24/2017 2:34:39 AM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>parents room by 10 |
| From: 2094032463 christian banuelos (owner)<br>Timestamp: 12/24/2017 2:34:39 AM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>Oh ok so don't text you after 10? |

| From: V2<br>Timestamp: 1/2/2018 7:23:37 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>To kill a mockingbird |
|---|---|
| From: 2094032463 christian banuelos (owner)<br>Timestamp: 1/2/2018 7:28:01 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>Oh 10 pages shouldn't be hard haha I remember reading that book ☺ |
| From: 2094032463 christian banuelos (owner)<br>Timestamp: 1/9/2018 9:58:48 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>I know it might seem hard and you shouldn't have to but you don't think you could put up with it until you're done with highs chool? |

| From: V2<br>Timestamp: 2/20/2018 2:57:40 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>I snuck my phone today |
|---|---|
| From: V2<br>Timestamp: 2/22/2018 9:30:58 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>No I'm still grounded |
| From: V2<br>Timestamp: 2/22/2018 9:31:23 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>I can talk now though |
| From: 2094032463 christian banuelos (owner)<br>Timestamp: 2/22/2018 9:31:57 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>So how long you grounded for? Ok ☺ |
| From: V2<br>Timestamp: 2/22/2018 9:32:36 PM(UTC+0)<br><br>Source App: Native Messages | Body:<br><br>My mom says until the end of the school year but I doubt it will be that long |

**Victim 3 (V3)**

31.    One image recovered from the Samsung S22 depicted an individual known to law enforcement and who is now an adult. Law enforcement was able to identify the individual through a review of law enforcement databases, the individual's social media, and open-source databases. The individual will be referred to herein as Victim 3 or V3.

32.    As part of this investigation, V3 was forensically interviewed and provided a statement to law enforcement. V3 related she began conversing with **BANUELOS** in 2016, when she was approximately twelve (12) or thirteen (13) years old. She said they met on Kik. V3 stated **BANUELOS**

18

knew her age immediately upon meeting him online and continued communicating with V3 until the recent birth of her baby. V3 stated throughout the years of communication, she and **BANUELOS** frequently sent each other nude images of themselves. V3 identified "paco318" as **BANUELOS'** Snapchat account, and further identified his cellphone number as 209-403-2463. V3 was shown two images, one depicting nude breast and one depicting a nude vagina, both of which V3 stated were her, and that she provided the images to **BANUELOS**.

33.     On the Samsung Galaxy S22 cellphone there were also Snapchat conversations between V3 and **BANUELOS**.

| | |
|---|---|
| From: V3<br>Timestamp: 1/21/2017 2:50:48 AM(UTC+0)<br><br>Source App: Snapchat | Body:<br><br>Sorry I'm in some drama I don't want to be in this is why I hate middle school |
| From: paco318 Chris (owner)<br><br>Timestamp: 1/21/2017 2:52:23 AM(UTC+0)<br>Source App: Snapchat | Body:<br><br>Haha you wanna talk about it? ☺ |

| | |
|---|---|
| From: paco318 Chris (owner)<br>Timestamp: 10/14/2017 9:15:02 PM(UTC+0)<br><br>Source App: Snapchat | Body:<br><br>Yeah do you think I could see one more thing to help me? |
| From: V3<br>Timestamp: 10/14/2017 9:28:40 PM(UTC+0)<br><br>Source App: Snapchat | Body:<br><br>Sure |
| From: paco318 Chris (owner)<br>Timestamp: 10/14/2017 9:15:02 PM(UTC+0)<br><br>Source App: Snapchat | Body:<br><br>Can I see your pussy? |
| From: V3<br>Timestamp:       10/14/2017       10:08:44 PM(UTC+0)<br><br>Source App: Snapchat | Body:<br><br>*Image "2fb24b1dbfb080345316e7b3b42a4d57"*<br><br>*The image depicted V3's exposed genitalia as she spread her labia open with two fingers. There was visible hair around her genitalia.* |

34.     Based on my knowledge, training, and experience, as well as conversations with other

experienced law enforcement officers, I believe there is probable cause to believe that **BANUELOS** used, persuaded, induced, or enticed MV1 to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct. The information that MV1 provided to law enforcement corroborated with the video chats found on **BANUELOS**' Samsung Galaxy S22.

35. Based on my knowledge, training, and experience, as well as conversations with other experienced law enforcement officers, I believe there is probable cause to believe that **BANUELOS** received and distributed material depicting minors engaged in sexually explicit conduct. The Kik search warrant return provided messages wherein "chrisban18_4e4" now identified to be **BANUELOS** received and distributed depictions of minors engaged in sexually explicit conduct.

36. Based on my knowledge, training, and experience, as well as conversations with other experienced law enforcement officers, I believe there is probable cause to believe that **BANUELOS** possessed material depicting minors engaged in sexually explicit conduct. The images of V2 and V3 depict minors engaged in sexually explicit conduct and were located on **BANUELOS**' Samsung Galaxy S7 cellphone recovered from his residence and his Samsung Galaxy S22. There were also approximately 364 videos and 385 images of what appeared to depict minors engaging in sexually explicit conduct, based on my training and experience, located on the Samsung Galaxy S22.

## V.    <u>CONCLUSION</u>

37. As outlined above, there is probable cause to believe **Christian BANUELOS** violated 18 U.S.C. §§ 2251, 2252(a)(2), and 2252(a)(4)(B). I request that an arrest warrant be issued for **BANUELOS** for the violations.

38. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Jonathan Chang, Special Agent
Homeland Security Investigations

Affidavit submitted by email/PDF and attested to me as true and accurate by telephone consistent with

Fed. R. Crim. P. 4.1 and 41(d)(3) on __**Mar 13, 2025**_____.


_____
HONORABLE STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE


Approved as to form:
/s/ BRITTANY GUNTER
BRITTANY GUNTER
Assistant U.S. Attorney